UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　v.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>PARK SQUARE URGENT CARE, INC.; )<br>PRIMACARE, INC.; BILTMORE )<br>MEDICAL; BILTMORE MEDICAL A; )<br>ADVANCED URGENT CARE; RHODE )<br>ISLAND HEALTH GROUP, LLC; AND )<br>ZAHEER SHAH, M.D., )<br>　　　　　Defendants. )<br>　　　　　　　　　　　　　　　　) | Civil Action No. 1:20-cv-00110-WES-LDA |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to dismissal of this action, subject to the terms of the Settlement Agreement between Plaintiff United States and Defendants Park Square Urgent Care, Inc.; Primacare, Inc.; Biltmore Medical; Biltmore Medical A; Advanced Urgent Care; and Zaheer Shah, M.D., with prejudice with respect to the four causes of action in the Complaint that are released pursuant to the Settlement Agreement. The parties further stipulate that this Court retains jurisdiction to enforce the terms of the Settlement Agreement.

| UNITED STATES OF AMERICA | ZAHEER SHAH, M.D. |
|---|---|
| By its attorneys, | By his attorney, |
| RICHARD B. MYRUS<br>Acting United States Attorney | /s/ Kimberly Friday<br>Kimberly Friday, Esq.<br>Osborn Maledon, P.A. |
| /s/ Bethany N. Wong<br>Bethany N. Wong | 2929 North Central Avenue, 21st Floor<br>Phoenix, AZ 85012 |

Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401 709-5000 (t)
401 709-5017 (f)
bethany.wong@usdoj.gov

602-640-9335 (t)
602-640-9050 (f)
kfriday@omlaw.com

PARK SQUARE URGENT CARE, INC.;
PRIMACARE, INC.; BILTMORE
MEDICAL; BILTMORE MEDICAL A;
ADVANCED URGENT CARE; RHODE
ISLAND HEALTH GROUP, LLC

By their attorney,

*/s/ Mark T. Stopa*
Mark T. Stopa, Esq.
Stopa & Associates, LLC
132 Central Street – Suite 209
Foxborough, MA 02035
508-543-0600 (t)
508-543-0615 (f)
mtstopa@stopaandassociates.com

IT IS SO ORDERED THIS ____ day of _____, 2021.

_____
HON. WILLIAM E. SMITH
UNITED STATES DISTRICT JUDGE